IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Troy D. Conver<br>　　Debtor,<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　Movant.<br>v.<br><br>Troy D. Conver<br>　　Debtor/Respondent,<br><br>Heather D. Conver<br>　　(Non-filing Co-Debtor),<br><br>Scott Waterman, Trustee<br>　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-11792/ELF<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## O R D E R

AND NOW, this _____ day of _____, 2019, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1197 Conestoga Boulevard, Conestoga, PA 17516; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE