**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Troy D. Conver

                   Debtor(s)

MIDFIRST BANK

            v.

Troy D. Conver

            and

Scott F. Waterman

              Trustee

Chapter 13

NO. 19-11792 PMM

## ORDER

AND NOW, this 11th day of March, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 14, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1197 Conestoga Boulevard Conestoga, PA 17516.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

**Date: March 11, 2021**

United States Bankruptcy Judge.

cc: See attached service list