| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-11792-PMM**

TROY D. CONVER
1197 CONESTOGA BLVD.
CONESTOGA  PA    17516

Petition Filed Date: 03/25/2019
341 Hearing Date: 05/14/2019
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $300.00 | 26301227916 | 02/04/2020 | $300.00 | 26191132402 | 03/03/2020 | $300.00 | 25584495941 |
| 04/07/2020 | $300.00 | 26589439102 | 05/05/2020 | $300.00 | 25584499607 | 06/05/2020 | $300.00 | 26599525986 |
| 06/23/2020 | $300.00 | 26589438876 | 07/27/2020 | $300.00 | 19121518241 | 09/09/2020 | $300.00 | 26599530701 |
| 09/29/2020 | $300.00 | 26589442588 | 12/21/2020 | $300.00 | 26582516831 | 02/22/2021 | $300.00 | 27319372007 |
| 04/13/2021 | $450.00 | 4541 | 04/28/2021 | $300.00 | 27077446934 | 06/01/2021 | $300.00 | 27115568302 |

**Total Receipts for the Period:  $4,650.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | FREEDOM FINANCIAL ASSET MANAGEMENT »» 001 | Unsecured Creditors | $22,881.12 | $0.00 | $22,881.12 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $1,052.71 | $0.00 | $1,052.71 |
| 3 | MIDFIRST BANK »» 003 | Mortgage Arrears | $16,282.39 | $1,948.60 | $14,333.79 |
| 4 | MEMBERS 1ST FCU »» 004 | Unsecured Creditors | $4,204.77 | $0.00 | $4,204.77 |
| 5 | MEMBERS 1ST FCU »» 005 | Unsecured Creditors | $7,077.29 | $0.00 | $7,077.29 |
| 6 | MEMBERS 1ST FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $14,842.38 | $0.00 | $14,842.38 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $14,842.38 | $0.00 | $14,842.38 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $697.50 | $592.50 |

Chapter 13 Case No. 19-11792-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,050.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $6,146.10 | Arrearages: | ($450.00) |
| Paid to Trustee: | $633.90 | Total Plan Base: | $38,309.85 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.