United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                   Case No. 19-11792-pmm
Troy D. Conver                                                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                     User: admin                                                                Page 1 of 2
Date Rcvd: Jul 26, 2021              Form ID: pdf900                                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Troy D. Conver, 1197 Conestoga Blvd., Conestoga, PA 17516-9626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021                                   Signature:              /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

**Name**                                            **Email Address**
BRENNA HOPE MENDELSOHN
     on behalf of Debtor Troy D. Conver tobykmendelsohn@comcast.net

KEVIN S. FRANKEL
     on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
     on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com

MICHAEL JOHN CLARK
     on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

REBECCA ANN SOLARZ
     on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

District/off: 0313-4      User: admin      Page 2 of 2

Date Rcvd: Jul 26, 2021      Form ID: pdf900      Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Troy D. Conver,              :        Chapter 13
                    Debtor            :        Bankruptcy No. 19-12809-pmm

### ORDER

    AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

    IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 5/22/21-6/28/21. This amount may be paid pursuant to the terms of the confirmed Plan.

Dated: 7/23/21                                          BY THE COURT

                                                        _____
                                                        Patricia M. Mayer
                                                        U.S. Bankruptcy Judge