United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11792-pmm |
| Troy D. Conver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

**Recip ID      Recipient Name and Address**
db         +  Troy D. Conver, 1197 Conestoga Blvd., Conestoga, PA 17516-9626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2021              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

**Name                              Email Address**

BRENNA HOPE MENDELSOHN
                on behalf of Debtor Troy D. Conver tobykmendelsohn@comcast.net

KEVIN S. FRANKEL
                on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
                on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com

MICHAEL JOHN CLARK
                on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

REBECCA ANN SOLARZ
                on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
                on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  TROY D. CONVER ,                :        Chapter 13
        Debtor                          :        Bankruptcy No.  19-11792-pmm

## ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Third Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: July 30, 2021**