| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-11792-PMM**

TROY D. CONVER
1197 CONESTOGA BLVD.
CONESTOGA  PA    17516

Petition Filed Date: 03/25/2019
341 Hearing Date: 05/14/2019
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $450.00 | 4541 | 04/28/2021 | $300.00 | 27077446934 | 06/01/2021 | $300.00 | 27115568302 |
| 06/22/2021 | $300.00 | 27077873117 | 07/21/2021 | $500.00 | 27115569562 | 09/01/2021 | $500.00 | 27523449720 |
| 09/29/2021 | $500.00 | 27077876954 | 10/20/2021 | $500.00 | 27757667474 | 11/24/2021 | $500.00 | 27776579365 |
| 12/22/2021 | $500.00 | 27790187681 | 02/11/2022 | $500.00 | 27573928020 | 03/02/2022 | $500.00 | 27573927772 |
| 03/30/2022 | $500.00 | 27790193812 | 05/02/2022 | $500.00 | 28014207974 | 05/31/2022 | $500.00 | 27077441916 |
| 06/29/2022 | $500.00 | 27740765531 | 08/03/2022 | $500.00 | 28196145011 | | | |

**Total Receipts for the Period: $7,850.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | FREEDOM FINANCIAL ASSET MANAGEMENT »» 001 | Unsecured Creditors | $22,881.12 | $651.36 | $22,229.76 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $1,052.71 | $15.04 | $1,037.67 |
| 3 | MIDFIRST BANK »» 003 | Mortgage Arrears | $4,861.75 | $2,973.53 | $1,888.22 |
| 4 | MEMBERS 1ST FCU »» 004 | Unsecured Creditors | $4,204.77 | $119.69 | $4,085.08 |
| 5 | MEMBERS 1ST FCU »» 005 | Unsecured Creditors | $7,077.29 | $201.46 | $6,875.83 |
| 6 | MEMBERS 1ST FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $14,842.38 | $422.51 | $14,419.87 |
| 8 | QUANTUM3  GROUP LLC  AS AGENT FOR »» 008 | Unsecured Creditors | $14,842.38 | $422.51 | $14,419.87 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 19-11792-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,850.00 | Current Monthly Payment: | $412.00 |
| Paid to Claims: | $12,176.10 | Arrearages: | ($852.00) |
| Paid to Trustee: | $1,213.90 | Total Plan Base: | $31,126.00 |
| Funds on Hand: | $460.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.