*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Troy D. Conver

      Debtor(s)

Case No: 19–11792–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Response to Certification of Default filed by Creditor
MidFirst Bank

      on: 7/6/23

      at: 11:00 AM

      in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  6/9/23

Timothy B. McGrath
Clerk of Court

111 – 110
Form 167