United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-11792-pmm
Troy D. Conver  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Jun 09, 2023      Form ID: 167      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Troy D. Conver, 1197 Conestoga Blvd., Conestoga, PA 17516-9626 |
| 14429254 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2023 00:46:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14315585 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2023 00:36:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14293848 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2023 00:36:04 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14293849 | + | Email/Text: compliance@contractcallers.com | Jun 10 2023 00:29:00 | Contract Callers Inc, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 14293850 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2023 00:35:50 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14293851 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 10 2023 00:29:00 | Freedom Plus, 1875 S Grant St Ste 400, San Mateo, CA 94402 |
| 14332481 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2023 00:36:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14293852 | + | Email/Text: Documentfiling@lciinc.com | Jun 10 2023 00:29:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14580274 | ^ | MEBN | Jun 10 2023 00:24:24 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14293853 | + | Email/Text: unger@members1st.org | Jun 10 2023 00:29:00 | Members 1st F C U, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14293854 | + | Email/Text: unger@members1st.org | Jun 10 2023 00:29:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14495027 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 10 2023 00:35:48 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14299448 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 10 2023 00:29:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14321868 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 10 2023 00:29:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14293856 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 19-11792-pmm   Doc 112   Filed 06/11/23   Entered 06/12/23 00:28:13   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: 167 | Total Noticed: 19 |

|  |  |  | Jun 10 2023 00:29:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
|---|---|---|---|---|
| 14333212 |  | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2023 00:29:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14294667 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2023 00:35:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14293855 | *+ | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14593805 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14618360 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14674872 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRENNA HOPE MENDELSOHN
   on behalf of Debtor Troy D. Conver tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
   on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
   on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
   on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper kdlittleecf@gmail.com

MICHAEL JOHN CLARK
   on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

Scott F Waterman

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 09, 2023 | Form ID: 167 | Total Noticed: 19 |

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Troy D. Conver
    Debtor(s)

Case No: 19–11792–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Response to Certification of Default filed by Creditor MidFirst Bank

on: 7/6/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 6/9/23

Timothy B. McGrath
Clerk of Court

111 – 110
Form 167