| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-11792-PMM**

TROY D. CONVER
1197 CONESTOGA BLVD.
CONESTOGA  PA    17516

Petition Filed Date: 03/25/2019
341 Hearing Date: 05/14/2019
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $500.00 | 28196145011 | 08/23/2022 | $500.00 | 27977280412 | 10/18/2022 | $500.00 | 27977283731 |
| 12/07/2022 | $500.00 | 28418700745 | 01/04/2023 | $500.00 | 28418708777 | 03/07/2023 | $500.00 | 28406591627 |
| 04/12/2023 | $500.00 | 28745526227 | 06/01/2023 | $500.00 | 27977290503 | 06/09/2023 | $500.00 | 27977293001 |
| 06/27/2023 | $500.00 | 28745530828 | 07/24/2023 | $500.00 | 77743188270 | | | |

**Total Receipts for the Period:  $5,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $18,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | FREEDOM FINANCIAL ASSET MANAGEMENT »» 001 | Unsecured Creditors | $22,881.12 | $2,047.79 | $20,833.33 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $1,052.71 | $84.75 | $967.96 |
| 3 | MIDFIRST BANK »» 003 | Mortgage Arrears | $4,861.75 | $4,861.75 | $0.00 |
| 4 | MEMBERS 1ST FCU »» 004 | Unsecured Creditors | $4,204.77 | $376.30 | $3,828.47 |
| 5 | MEMBERS 1ST FCU »» 005 | Unsecured Creditors | $7,077.29 | $633.38 | $6,443.91 |
| 6 | MEMBERS 1ST FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $549.14 | $39.38 | $509.76 |
| 8 | QUANTUM3  GROUP LLC  AS AGENT FOR »» 008 | Unsecured Creditors | $14,842.38 | $1,328.32 | $13,514.06 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 19-11792-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,850.00 | Current Monthly Payment: | $412.00 |
| Paid to Claims: | $16,741.67 | Arrearages: | ($908.00) |
| Paid to Trustee: | $1,638.88 | Total Plan Base: | $31,126.00 |
| Funds on Hand: | $469.45 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.