United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-11792-pmm

Troy D. Conver                                                              Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2024 | Form ID: 167 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy D. Conver, 1197 Conestoga Blvd., Conestoga, PA 17516-9626 |
| 14429254 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14294667 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14315585 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 01:00:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14293848 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:39 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14293849 | + | Email/Text: compliance@contractcallers.com | Feb 28 2024 00:47:00 | Contract Callers Inc, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 14293850 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2024 01:15:47 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14293851 | | Email/Text: bk@freedomfinancialnetwork.com | Feb 28 2024 00:46:00 | Freedom Plus, 1875 S Grant St Ste 400, San Mateo, CA 94402 |
| 14332481 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 01:01:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14293852 | + | Email/Text: Documentfiling@lciinc.com | Feb 28 2024 00:46:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14580274 | ^ | MEBN | Feb 28 2024 00:37:18 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14293853 | + | Email/Text: unger@members1st.org | Feb 28 2024 00:47:00 | Members 1st F C U, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14293854 | + | Email/Text: unger@members1st.org | Feb 28 2024 00:47:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14495027 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 28 2024 00:49:40 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14299448 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14321868 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14293856 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:46:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14333212 | | Email/Text: bnc-quantum@quantum3group.com | | |

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 27, 2024                       Form ID: 167                          Total Noticed: 18

Feb 28 2024 00:46:00    Quantum3 Group LLC as agent for, Velocity
Investments LLC, PO Box 788, Kirkland, WA
98083-0788

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14293855 | *+ | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14593805 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14618360 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14674872 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Troy D. Conver tobykmendelsohn@comcast.net |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM |
| MARK A. CRONIN | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Troy D. Conver

    Debtor(s)

Case No: 19–11792–pmm

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor MidFirst Bank Filed by Troy D. Conver

on: 3/14/24

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/27/24

Timothy B. McGrath
Clerk of Court

123 – 122
Form 167