UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Troy Conver                                    Chapter 13

Debtor                                                Case Number: 19-11792-pmm

ORDER

AND NOW, upon consideration of the Debtor's Motion to Sell Real Property Free and Clear of Liens, Interests and Encumbrances pursuant to Section 363 (hereinafter "the Motion"), it is hereby: ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. 363(b), that the Debtor is authorized to sell the Debtor's real property known as 1197 Conestoga Blvd, Conestoga, Lancaster County, PA, 17516 to Patrick Joyce, for the sum of $155,000.00, pursuant to the terms of the Agreement of Sale attached to the Motion.

All other valid, perfected, allowed secured claims and/or liens shall attach to the proceeds of sale as shall normal and customary closing costs, pro rata real estate taxes, monies owed to municipalities for water/sewer, taxes, and shall pay off in full the First Mortgage, subject to proper pay off quotes, along with those other charges as are contained in the Motion, which is incorporated herein.

Shall any proceeds be available after such fees/costs and expenses mentioned above are paid and shall exceed the Debtor's allowable exemption in the amount of $11,825.00, said proceeds will be paid to the Chapter 13 Trustee for the benefit of unsecured creditors.

Debtor shall forward a true and correct copy of the HUD-1 Settlement Sheet from the Closing on this sale to the Chapter 13 Trustee immediately upon Closing.

Dated: **August 19, 2024**

BY THE COURT

*Patricia M. Mayer*

Patricia M. Mayer

United States Bankruptcy Judge