| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-11792-PMM**

TROY D. CONVER
1197 CONESTOGA BLVD.
CONESTOGA  PA    17516

Petition Filed Date: 03/25/2019
341 Hearing Date: 05/14/2019
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $500.00 | 77743188260 | 11/13/2023 | $500.00 | 22028305703 | 05/22/2024 | $700.00 | 4817 |
| 07/03/2024 | $600.00 | 4812 | 07/12/2024 | $500.00 | 4811 | 07/17/2024 | $320.00 | 24165 |
| 07/29/2024 | $700.00 | 4807 | | | | | | |

**Total Receipts for the Period: $3,820.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,670.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | FREEDOM FINANCIAL ASSET MANAGEMENT »» 001 | Unsecured Creditors | $22,881.12 | $3,810.02 | $19,071.10 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $1,052.71 | $175.27 | $877.44 |
| 3 | MIDFIRST BANK »» 003 | Mortgage Arrears | $4,861.75 | $4,861.75 | $0.00 |
| 4 | MEMBERS 1ST FCU »» 004 | Unsecured Creditors | $4,204.77 | $700.14 | $3,504.63 |
| 5 | MEMBERS 1ST FCU »» 005 | Unsecured Creditors | $7,077.29 | $1,178.46 | $5,898.83 |
| 6 | MEMBERS 1ST FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $549.14 | $87.05 | $462.09 |
| 8 | QUANTUM3  GROUP LLC  AS AGENT FOR »» 008 | Unsecured Creditors | $14,842.38 | $2,471.43 | $12,370.95 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 19-11792-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,670.00 | Current Monthly Payment: | $412.00 |
| Paid to Claims: | $20,654.12 | Arrearages: | $628.00 |
| Paid to Trustee: | $2,015.87 | Total Plan Base: | $31,126.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.