# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Troy D. Conver <br> _Debtor(s)_ | CHAPTER 13 |
| MIDFIRST BANK <br> _Movant_ <br> vs. | NO. 19-11792 PMM |
| Troy D. Conver <br> _Debtor(s)_ | |
| Heather D. Conver <br> _Co-Debtor_ | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman <br> _Trustee_ | |

## ORDER

AND NOW, this  30th  day of  August , 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_/s/ Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge