United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                              Case No. 19-11792-pmm
Troy D. Conver                                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                         User: admin                                                     Page 1 of 2
Date Rcvd: Aug 30, 2024                            Form ID: pdf900                                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy D. Conver, 1197 Conestoga Blvd., Conestoga, PA 17516-9626 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024                                            Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

**Name**                                      **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Plaintiff Troy D. Conver tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Troy D. Conver tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Troy D. Conver | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK vs. | Movant | NO. 19-11792 PMM |
| Troy D. Conver | Debtor(s) | |
| Heather D. Conver | Co-Debtor | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman | Trustee | |

**ORDER**

AND NOW, this **30th** day of **August**, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge