United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                             Case No. 19-11792-pmm

Troy D. Conver                                             Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                             User: admin                                               Page 1 of 3

Date Rcvd: Sep 19, 2024                                Form ID: pdf900                                Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy D. Conver, 1197 Conestoga Blvd., Conestoga, PA 17516-9626 |
| 14429254 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 19 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 19 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14315585 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:07:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14293848 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:07:29 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14293849 | + | Email/Text: compliance@contractcallers.com | Sep 19 2024 23:59:00 | Contract Callers Inc, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 14293850 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2024 00:06:09 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14293851 | | Email/Text: bk@freedomfinancialnetwork.com | Sep 19 2024 23:57:00 | Freedom Plus, 1875 S Grant St Ste 400, San Mateo, CA 94402 |
| 14332481 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:06:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14293852 | + | Email/Text: Documentfiling@lciinc.com | Sep 19 2024 23:58:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14580274 | ^ | MEBN | Sep 19 2024 23:55:32 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14293853 | + | Email/Text: unger@members1st.org | Sep 19 2024 23:59:00 | Members 1st F C U, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14293854 | + | Email/Text: unger@members1st.org | Sep 19 2024 23:59:00 | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14495027 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 20 2024 00:06:14 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14299448 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14321868 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 20 |

| | | | Sep 19 2024 23:58:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
|---|---|---|---|---|
| 14293856 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14333212 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14294667 | ^ | MEBN | Sep 19 2024 23:54:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14293855 | *+ | Members 1st Fcu, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14593805 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14618360 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14674872 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Plaintiff Troy D. Conver tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Troy D. Conver tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 20

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| TROY D. CONVER | Bankruptcy No. 19-11792-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 19, 2024**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE